ALAN WATERMAN *v.* MARILYN WATERMAN (13789)

LAVERY, HEIMAN and SCHALLER, Js.

Submitted on briefs March 17—decision released April 25, 1995

*Mark J. DeGennaro* filed a brief for the appellant (defendant).

*Barry C. Knott* filed a brief for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.